UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| INVERSIONES MAR OCTAVA LIMITADA and MARCELO GUILLERMO TESTA, On Behalf of Themselves and All Others Similarly Situated. | Civil Action No. 09-20215-CIV-HUCK<br>Magistrate Judge: O'Sullivan |

Plaintiffs,

vs.

BANCO SANTANDER S.A., BANCO SANTANDER INTERNATIONAL, OPTIMAL INVESTMENT SERVICES S.A., PRICEWATERHOUSECOOPERS, HSBC SECURITIES SERVICES (IRELAND) LTD., HSBC INSTITUTIONAL TRUST SERVICES (IRELAND) LTD., MANUEL ECHEVERRIA FALLA, ANTHONY L.M. INDERRIEDEN, AND BRIAN WILKINSON.

Defendants.
_____/

## NOTICE OF APPEARANCE

HUNTON & WILLIAMS LLP hereby provides notice of its appearance on behalf of Defendant Banco Santander International in this case. All pleadings, motions, responses, and other papers in this action should be served on the undersigned.

Dated this 2nd day of February, 2009.

Respectfully submitted,

HUNTON & WILLIAMS LLP
*Counsel for Banco Santander International*
Mellon Financial Center
1111 Brickell Avenue, Suite 2500
Miami, Florida 33131
PH: (305) 810-2500  FX: (305) 810-2460

By:  /s/Samuel A. Danon
    Samuel A. Danon
    Florida Bar No. 892671

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance was served by CM/ECF or by U.S. mail this 2nd day of February, 2009 on:

| PLAINTIFF'S COUNSEL: | OF COUNSEL: |
|---|---|
| Michael A. Hanzman, Esq.<br>HANZMAN GILBERT LLP<br>2525 Ponce de Leon Boulevard, Suite 700<br>Coral Gables, Fl  33134<br><br>and<br><br>Joel H. Bernstein, Esq.<br>Javier Bleichmar, Esq.<br>Stephanie J. Sundel, Esq.<br>LABATON SUCHAROW LLP<br>140 Broadway<br>New York, New York  10005 | Javier Cremades<br>CREMADES & CALVO SOTELO<br>Jorge Juan, 30<br>28001 Madrid<br>Spain |

By:  /s/Samuel A. Danon
     For Hunton & Willams LLP

2