UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20215-CIV-HUCK/O'SULLIVAN

INVERSIONES MAR OCTAVA LIMITADA and
MARCELINO TESTA, On Behalf of Themselves and
All Others Similarly Situated.

Plaintiffs,

v.

BANCO SANTANDER S.A., BANCO SANTANDER
INTERNATIONAL, OPTIMAL INVESTMENT
SERVICES S.A., PRICEWATERHOUSECOOPERS,
HSBC SECURITIES SERVICES (IRELAND) LTD.,
HSBC INSTITUTIONAL TRUST SERVICES
(IRELAND) LTD., MANUEL ECHEVERRÍA FALLA,
ANTHONY L.M. INDERRIEDEN, and BRIAN
WILKINSON.

Defendants.
_____/

## NOTICE REGARDING STATUS OF SERVICE

Plaintiffs file this Notice Regarding Status of Service pursuant to directions received from Chambers.

1. Defendants Banco Santander, S.A. ("Banco Santander") and Banco Santander International ("Santander International") have been served with the summons and complaint (Proofs of service attached).

2. Plaintiffs' Emergency Motion To Enjoin Banco Santander International From Contacting Putative Class Members To Release Their Claims [Dkt. # 3] (the "Emergency Motion"), filed on January 30, 2009, only seeks to enjoin Santander International, which, as set forth above, has been properly served. Plaintiffs also have filed and emergency motion seeking identical relief - on identical grounds - against Banco Santander, the parent of Santander International.

3. The Defendants that have not been served are not implicated by the Emergency Motion and the relief requested does not require that those Defendants take any action. Plaintiffs also have no intention of seeking similar relief against any non-served Defendant.

4. Plaintiffs are continuing their efforts to serve the remaining Defendants.

Dated: Coral Gables, Florida
January 30, 2009

**HANZMAN GILBERT LLP**

/s/ Michael A. Hanzman
Michael A. Hanzman, Florida Bar No. 510637
2525 Ponce de Leon Boulevard
Suite 700
Coral Gables, Florida 33134
Tel: (305) 529-9100
Fax: (305) 529-1612

**LABATON SUCHAROW LLP**
Joel H. Bernstein
Javier Bleichmar
Zachary M. Ratzman
Barry M. Okun
140 Broadway
New York, New York 10005
Tel: (212) 907-0700
Fax: (212) 818-0477

*Attorneys for Plaintiffs*