# Exhibit 1

## CERTIFICATION

We, Manuel Gallego and José Luís Gallego, on behalf of Inversiones Mar Octava Limitada ("Inversiones Mar Octava"), hereby certify as follows:

1. We are fully authorized to enter into and execute this Certification on behalf of Inversiones Mar Octava. We have reviewed the Consolidated Amended Class Action Complaint in *In re Santander -Optimal Securities Litigation* (S.D. Fla.) 09-20215.

2. Inversiones Mar Octava did not invest in Optimal Multiadvisors Ltd. and its sub funds, Optimal Strategic US Equity Ltd. and Optimal Arbitrage Ltd., which are the subject of this action at the direction of counsel or in order to participate in any private action arising under the Private Securities Litigation Reform Act (the "PSLRA").

3. Inversiones Mar Octava is willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4. Inversiones Mar Octava purchased and sold shares in Optimal Multiadvisors Ltd. which is the subject of this litigation as follows:

**Optimal Strategic US Equity Ltd. (Purchases)**
April 14, 2005      $100,000.00
September 12, 2008  $200,000.00

**Optimal Strategic US Equity Ltd. (Sales)**
September 14, 2007  $27,479.61

**Optimal Arbitrage Ltd. (Purchases)**
November 2004       $103,918

5. Inversiones Mar Octava has not sought to serve as a representative party on behalf of a class during the last three years.

6. Inversiones Mar Octava will not accept any payment for serving as a representative party, except to receive its pro rata share of any recovery or as ordered or approved by the Court or any award to it by the Court of reasonable costs and expenses (including lost wages) directly relating to its representation of the class.

We declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 19th day of October, 2009.

_____
Manuel Gallego
Partner
Inversiones Mar Octava Limitada

_____
José Luís Gallego
Partner
Inversiones Mar Octava Limitada