# Exhibit 2

## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

INTERNATIONAL HARVESTER LIMITED ("Plaintiff") declares:

1. Plaintiff has reviewed a complaint and authorized its filing.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

**Acquisitions:**

| | Date Acquired | Number of Shares Acquired | Acquisition Price Per Share |
|---|---|---|---|
| **OPTIMAL SUS EQ A USD** | DEC 31, 1997 TO JAN 26, 2004 | (FORMER BPI) 187.5280 | AVERAGE 2157.66 |
| | JAN 31, 2004 | 62.9266 | 2423.06 |
| | APR 30, 2008 | 231.3396 | 3262.89 |
| **OPTIMAL ARBITRAGE A USD** | FEB 29, 2008 | 97.775 | 2641.76 |
| **SOURCE:** | BANK`S STATEMENT | | |

**Sales:**

| Date Sold | Number of Shares Sold | Selling Price Per Share |
|---|---|---|
| | | |
| | | |
| | | |

5. Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws except as detailed below during the three years prior to the date of this Certification.

6. The Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of October, 2009.

_____
*Ruth Kuenzer*
INTERNATIONAL HARVESTER LTD
SOLE DIRECTOR