# Exhibit 3

## CERTIFICATION

I, Esteban Serrano Monge, hereby certify as follows:

1. I am fully authorized to enter into and execute this Certification on behalf of San Javier International Limited ("San Javier"). I have reviewed a complaint prepared against Banco Santander S.A., et. al. in this action.

2. San Javier did not invest in Optimal Multiadvisors Ltd. and its sub fund, Optimal Strategic US Equity Ltd., which are the subject of this action at the direction of counsel or in order to participate in any private action arising under the Private Securities Litigation Reform Act (the "PSLRA").

3. San Javier is willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4. San Javier invested in Optimal Multiadvisors Ltd. and its subfund, Optimal Strategic US Equity Ltd., which are the subject of this litigation as follows:

| Date Acquired | Number of Shares Acquired | Acquisition Price Per Share ($) | December 10, 2008 Price Per Share ($) |
|---|---|---|---|
| February 18, 2005 | 196.2801 | 2,547.38 | 3,397.72 |

5. San Javier has not sought to serve as a representative party on behalf of a class during the last three years.

6. San Javier will not accept any payment for serving as a representative party, except to receive its pro rata share of any recovery or as ordered or approved by the Court or any award to it by the Court of reasonable costs and expenses (including lost wages) directly relating to its representation of the class.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this ___ day of March, 2009.

_____
Esteban Serrano Monge
San Javier International Ltd.