# Exhibit 4

## CERTIFICATION

I, Juan Gonzalo Pérez Valdez, hereby certify as follows:

1. I am fully authorized to enter into and execute this Certification. I have reviewed a complaint prepared against Optimal Multiadvisors Ltd., et. al. in this action.

2. I did not invest in Optimal Strategy US Equity Ireland, which is the subject of this action at the direction of counsel or in order to participate in any private action arising under the Private Securities Litigation Reform Act (the "PSLRA").

3. I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4. I invested in Optimal Strategy US Equity Ireland, which is the subject of this litigation as follows:

August 23, 2005     $158,000.00 US

5. I have not sought to serve as a representative party on behalf of a class during the last three years.

6. I will not accept any payment for serving as a representative party, except to receive its pro rata share of any recovery or as ordered or approved by the Court or any award to it by the Court of reasonable costs and expenses (including lost wages) directly relating to its representation of the class.

_____
Juan Gonzalo Pérez Valdez