# Exhibit 5

See Reverse Side For Easy Opening Instructions / Instrucciones Para Facil Apertura Al Dorso

P.O. Box 4060
Miami, Florida 33101-4060

INTERNATIONAL
PRIORITY AIRMAIL
PAR AVION

MIAMI
MAR 17'05
FL

U.S. POSTAGE
≈ 0.10
P.B. METER
6712771

TESTA, MARCELO GUILLERMO

**REDACTED**

ARGENTINA

Ref: 41



15 de Marzo del 2005

TESTA, MARCELO GUILLERMO

REDACTED

ARGENTINA

Estimado Cliente:

REDACTED

Firma /s/ MARCELO TESTA

Santander Bank & Trust Ltd.