UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20215-CIV-HUCK/O'SULLIVAN

IN RE SANTANDER-OPTIMAL
SECURITIES LITIGATION
_____/

**MOTION TO DISMISS THE CONSOLIDATED
AMENDED CLASS ACTION COMPLAINT**

Defendant PricewaterhouseCoopers LLP, by and through its undersigned counsel, hereby moves to dismiss the Consolidated Amended Class Action Complaint filed in this action pursuant to pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). The grounds for this Motion are more fully set forth in the Memorandum of Law of PricewaterhouseCoopers LLP in Support of its Motion to Dismiss the Consolidated Amended Class Action Complaint filed contemporaneously herewith.

Dated: November 18, 2009        Respectfully submitted,


By: /s/ Alan G. Greer
    Alan G. Greer (Bar No. 123294)
    RICHMAN GREER P.A.
    Miami Center, Suite 1000
    201 South Biscayne Boulevard
    Miami, Florida 33131
    Telephone: (305) 373-4000
    Facsimile: (305) 373-4099
    agreer@richmangreer.com


By: /s/ Michael P. Carroll
    Michael P. Carroll (Admitted *Pro Hac Vice*)
    James H.R. Windels (Admitted *Pro Hac Vice*)
    Michael S. Flynn (Admitted *Pro Hac Vice*)
    DAVIS POLK & WARDWELL LLP
    450 Lexington Avenue
    New York, New York 10017
    Telephone: (212) 450-4000
    Facsimile: (212) 450-3800
    michael.carroll@davispolk.com
    james.windels@davispolk.com
    michael.flynn@davispolk.com

    *Attorneys for Defendant
    PricewaterhouseCoopers LLP*

## CERTIFICATE OF SERVICE

       I HEREBY certify that on November 18, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                             By:   /s/ Alan G. Greer
                                                    Alan G. Greer

**SERVICE LIST**
*In re Santander-Optimal Securities Litigation*
CASE NO. 09-20215-CIV-HUCK/O'SULLIVAN
United States District Court, Southern District of Florida

Michael A. Hanzman
**Hanzman Gilbert LLP**
2525 Ponce De Leon Boulevard
Suite #700
Coral Gables, FL 33134
Telephone: 305-529-9100
Facsimile: 305-529-1612
mhanzman@hanzmangilbert.com
*Attorneys for Lead Plaintiffs*
(VIA CM/ECF)

Richard H. Critchlow
Harry R. Schafer
**Kenny Nachwalter, P.A.**
201 S. Biscayne Blvd., Suite 1100
Miami, FL 33131-4327
Telephone: 305-373-1000
Facsimile: 305-372-1861
rhc@kennynachwalter.com
hrs@kennynachwalter.com
*Attorneys for Defendant
PricewaterhouseCoopers Ireland*
(VIA CM/ECF)

Paul J. Geller
Jack Reise
Douglas S. Wilens
Stephen R. Astley
**Coughlin Stoia Geller Rudman & Robbins LLP**
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432-4809
Telephone: 561-750-3000
Facsimile: 561-750-3364
pgeller@csgrr.com
jreise@csgrr.com
dwilens@csgrr.com
sastley@csgrr.com
*Attorneys for Lead Plaintiffs*
(VIA CM/ECF)

Thomas G. Rafferty
Antony L. Ryan
**Cravath, Swaine & Moore LLP**
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: 212-474-1000
Facsimile: 212-474-3700
trafferty@cravath.com
aryan@cravath.com
*Attorneys for Defendant
PricewaterhouseCoopers Ireland*
(VIA CM/ECF)

| | |
|---|---|
| James I. Jaconette<br>Julie A. Kearns<br>Michael F. Ghozland<br>**Coughlin Stoia Geller Rudman & Robbins LLP**<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: 619-231-1058<br>Facsimile:  619-231-7423<br>jjaconette@csgrr.com<br>jkearns@csgrr.com<br>mghozland@csgrr.com<br>*Attorneys for Lead Plaintiffs*<br>(VIA CM/ECF) | Samuel A. Danon<br>Gustavo J. Membiela<br>**Hunton & Williams**<br>1111 Brickell Avenue, Suite 2500<br>Miami, FL 33131<br>Telephone: 305-810-2500<br>Facsimile: 305-810-2460<br>gmembiela@hunton.com<br>sdanon@hunton.com<br>*Attorneys for Defendants Banco Santander S.A., Banco Santander International, Optimal Investment Services S.A., Manuel Echevarría Falla, Anthony Inder Rieden, and Brian Wilkinson*<br>(VIA CM/ECF) |
| Joel H. Bernstein<br>Christopher J. Keller<br>Javier Bleichmar<br>Allan I. Ellman<br>Stefanie J. Sundel<br>Donald P. Delaney<br>**Labaton Sucharow LLP**<br>140 Broadway, 34th Floor<br>New York, NY 10005<br>Telephone: 212-907-0700<br>Facsimile: 212-818-0477<br>jbernstein@labaton.com<br>ckeller@labaton.com<br>jbleichmar@labaton.com<br>aellman@labaton.com<br>ddelaney@labaton.com<br>*Attorneys for Plaintiffs Inversiones Mar Octava Limitada, Santander Investor Group and Marcelo Testa*<br>(VIA CM/ECF) | Jason D. Joffe<br>**Squire Sanders & Dempsey LLP**<br>Wachovia Financial Center<br>200 S. Biscayne Boulevard, 40th Floor<br>Miami, FL 33131-2398<br>Telephone: 305-577-7000<br>Facsimile: 305-577-7001<br>jjoffe@ssd.com<br>*Attorneys for Defendants HSBC Securities Services (Ireland) Ltd. and HSBC Institutional Trust Services (Ireland) Ltd.*<br>(VIA CM/ECF)<br><br>Traci H. Rollins<br>**Squire Sanders & Dempsey LLP**<br>1900 Phillips Point West<br>777 S. Flagler Drive, Suite 1900<br>West Palm Beach, FL 33401-6198<br>Telephone: 561-650-7256<br>Facsimile: 561-655-1509<br>Trollins@ssd.com<br>*Attorneys for Defendants HSBC Securities Services (Ireland) Ltd. and HSBC Institutional Trust Services (Ireland) Ltd.*<br>(VIA CM/ECF) |

Benjamin Reid
Sam J. Salario, Jr.
**Carlton Fields, P.A.**
100 S.E. 2nd Street, Suite 4000
P.O. Box 019101
Miami, FL 33131-9101
Telephone: 305-530-0050
Facsimile: 305-530-0055
breid@carltonfields.com
ssalario@carltonfields.com
*Attorneys for Defendant PricewaterhouseCoopers International Limited*
(VIA CM/ECF)

Howard M. Shapiro
Fraser L. Hunter, Jr.
Anne K. Small
Julia M. Lipez
**Wilmer Cutler Pickering Hale & Dorr LLP**
399 Park Avenue
New York, NY 10022
Telephone: 212-230-8800
Facsimile: 212-230-8888
*Attorneys for Defendant PricewaterhouseCoopers International Limited*
(VIA FIRST CLASS MAIL)

Robert S. Schachter
Hillary Sobel
**Zwerling, Schachter & Zwerling, LLP**
41 Madison Avenue
New York, NY 10010
Telephone: 212-223-3900
*Of Counsel to Plaintiffs*
(VIA FIRST CLASS MAIL)

Evan A. Davis
Joaquin P. Terceno
**Cleary Gottlieb Steen & Hamilton**
One Liberty Plaza
New York, NY 10006-1470
Telephone: 212-225-2000
edavis@cgsh.com
jterceno@cgsh.com
*Attorneys for Defendants HSBC Securities Services (Ireland) Ltd. and HSBC Institutional Trust Services (Ireland) Ltd.*
(VIA CM/ECF)

Laura Besvinick
**Hogan & Hartson LLP**
Mellon Financial Center
1111 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: 305-459-6500
Facsimile: 305-459-6550
lbesvinick@hhlaw.com
*Attorneys for Defendant PricewaterhouseCoopers Bermuda*
(VIA CM/ECF)

Sanford M. Litvack
Dennis H. Tracey, III
**Hogan & Hartson LLP**
875 Third Avenue
New York, NY 10022
Telephone: 212-918-3000
Facsimile: 212-918-3100
*Attorneys for Defendant PricewaterhouseCoopers Bermuda*
(VIA FIRST CLASS MAIL)

Francis A. Bottini, Jr.
**Johnson Bottini, LLP**
655 West Broadway, Suite 1400
San Diego, CA 92101
Telephone: 619-230-0063
*Additional Attorneys for Plaintiffs*
(VIA FIRST CLASS MAIL)