**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 09-20215-CIV-HUCK/O'SULLIVAN

IN RE SANTANDER-OPTIMAL
SECURITIES LITIGATION
_____/

**DEFENDANT PRICEWATERHOUSECOOPERS LLP'S MOTION REQUESTING
ORAL ARGUMENT ON ITS MOTION TO DISMISS THE CONSOLIDATED
AMENDED CLASS ACTION COMPLAINT**

Defendant PricewaterhouseCoopers LLP ("PwC U.S."), through its undersigned counsel and pursuant to S.D. Fla. L.R. 7.1(B)(1), hereby requests oral argument on its Motion to Dismiss the Consolidated Amended Class Action Complaint, filed contemporaneously herewith, and in support states as follows:

1.  On November 18, 2009, PwC U.S. filed its Motion to Dismiss the Consolidated Amended Class Action Complaint and separately filed a Memorandum of Law of PricewaterhouseCoopers LLP in Support of its Motion to Dismiss the Consolidated Amended Class Action Complaint (collectively "Motion").

2.  With respect to a request for oral argument on motions, S.D. Fla. L.R. 7.1.(B)(1) provides as follows:

    > A party who desires oral argument or a hearing of any motion shall request it in writing by separate request accompanying the motion or opposing memorandum. The request shall set forth in detail the reasons why a hearing is desired and would be helpful to the Court and shall estimate the time required for argument. The Court in its discretion may grant or deny a hearing as requested, upon consideration of both the request and any response thereto by an opposing party.

3.  Pursuant to S.D. Fla. L.R. 7.1(B)(1), PwC U.S. requests oral argument on its Motion. In light of the numerous party defendants included in the two hundred twenty-nine

(229) page Consolidated Amended Class Action Complaint, including newly added defendants such as PwC U.S. (which were added less than thirty (30) days ago without any prior notice and have not yet appeared in these proceedings), PwC U.S. believes that an oral argument on its Motion will assist the Court in thoroughly understanding the nature of the allegations made in the Complaint and the issues raised in the Motion. Moreover, conducting oral argument on the Motion will provide the Court with the opportunity to raise any questions it may have of the parties while the parties are present, facilitating efficient use of judicial time and resources.

4. PwC U.S. estimates that one (1) hour will be required for argument on the Motion.

## **LOCAL RULE 7.1(A)(3) CERTIFICATION**

Pursuant to Local Rule 7.1(A)(3), undersigned counsel certify that they have conferred with counsel for Plaintiffs who have no objection to this motion.

WHEREFORE, PwC U.S. respectfully requests that this Court enter an order setting oral argument on its Motion to Dismiss the Consolidated Amended Class Action Complaint and the Memorandum of Law of PricewaterhouseCoopers LLP in Support of its Motion to Dismiss the Consolidated Amended Class Action Complaint, and granting such further relief as the Court deems just and proper.

Dated: November 18, 2009

Respectfully submitted,

By: /s/ Alan G. Greer
Alan G. Greer (Bar No. 123294)
RICHMAN GREER P.A.
Miami Center, Suite 1000
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 373-4000
Facsimile: (305) 373-4099
agreer@richmangreer.com

By: /s/ Michael P. Carroll
Michael P. Carroll (Admitted *Pro Hac Vice*)
James H.R. Windels (Admitted *Pro Hac Vice*)
Michael S. Flynn (Admitted *Pro Hac Vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 450-3800
michael.carroll@davispolk.com
james.windels@davispolk.com
michael.flynn@davispolk.com

*Attorneys for Defendant*
*PricewaterhouseCoopers LLP*

## CERTIFICATE OF SERVICE

      I HEREBY certify that on November 18, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                  By:__/s/ Alan G. Greer_____
                                                      Alan G. Greer

## SERVICE LIST
*In re Santander-Optimal Securities Litigation*
CASE NO. 09-20215-CIV-HUCK/O'SULLIVAN
United States District Court, Southern District of Florida

| | |
|---|---|
| Michael A. Hanzman<br>**Hanzman Gilbert LLP**<br>2525 Ponce De Leon Boulevard<br>Suite #700<br>Coral Gables, FL 33134<br>Telephone: 305-529-9100<br>Facsimile: 305-529-1612<br>mhanzman@hanzmangilbert.com<br>*Attorneys for Lead Plaintiffs*<br>(VIA CM/ECF) | Richard H. Critchlow<br>Harry R. Schafer<br>**Kenny Nachwalter, P.A.**<br>201 S. Biscayne Blvd., Suite 1100<br>Miami, FL 33131-4327<br>Telephone: 305-373-1000<br>Facsimile: 305-372-1861<br>rhc@kennynachwalter.com<br>hrs@kennynachwalter.com<br>*Attorneys for Defendant<br>PricewaterhouseCoopers Ireland*<br>(VIA CM/ECF) |
| Paul J. Geller<br>Jack Reise<br>Douglas S. Wilens<br>Stephen R. Astley<br>**Coughlin Stoia Geller Rudman &<br>Robbins LLP**<br>120 E. Palmetto Park Road, Suite 500<br>Boca Raton, FL 33432-4809<br>Telephone: 561-750-3000<br>Facsimile: 561-750-3364<br>pgeller@csgrr.com<br>jreise@csgrr.com<br>dwilens@csgrr.com<br>sastley@csgrr.com<br>*Attorneys for Lead Plaintiffs*<br>(VIA CM/ECF) | Thomas G. Rafferty<br>Antony L. Ryan<br>**Cravath, Swaine & Moore LLP**<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019<br>Telephone: 212-474-1000<br>Facsimile: 212-474-3700<br>trafferty@cravath.com<br>aryan@cravath.com<br>*Attorneys for Defendant<br>PricewaterhouseCoopers Ireland*<br>(VIA CM/ECF) |

James I. Jaconette
Julie A. Kearns
Michael F. Ghozland
**Coughlin Stoia Geller Rudman & Robbins LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619-231-1058
Facsimile:  619-231-7423
jjaconette@csgrr.com
jkearns@csgrr.com
mghozland@csgrr.com
*Attorneys for Lead Plaintiffs*
(VIA CM/ECF)


Joel H. Bernstein
Christopher J. Keller
Javier Bleichmar
Allan I. Ellman
Stefanie J. Sundel
Donald P. Delaney
**Labaton Sucharow LLP**
140 Broadway, 34th Floor
New York, NY 10005
Telephone: 212-907-0700
Facsimile: 212-818-0477
jbernstein@labaton.com
ckeller@labaton.com
jbleichmar@labaton.com
aellman@labaton.com
ddelaney@labaton.com
*Attorneys for Plaintiffs Inversiones Mar Octava Limitada, Santander Investor Group and Marcelo Testa*
(VIA CM/ECF)

Samuel A. Danon
Gustavo J. Membiela
**Hunton & Williams**
1111 Brickell Avenue, Suite 2500
Miami, FL 33131
Telephone: 305-810-2500
Facsimile: 305-810-2460
gmembiela@hunton.com
sdanon@hunton.com
*Attorneys for Defendants Banco Santander S.A., Banco Santander International, Optimal Investment Services S.A., Manuel Echevarría Falla, Anthony Inder Rieden, and Brian Wilkinson*
(VIA CM/ECF)


Jason D. Joffe
**Squire Sanders & Dempsey LLP**
Wachovia Financial Center
200 S. Biscayne Boulevard, 40th Floor
Miami, FL 33131-2398
Telephone: 305-577-7000
Facsimile: 305-577-7001
jjoffe@ssd.com
*Attorneys for Defendants HSBC Securities Services (Ireland) Ltd. and HSBC Institutional Trust Services (Ireland) Ltd.*
(VIA CM/ECF)

Traci H. Rollins
**Squire Sanders & Dempsey LLP**
1900 Phillips Point West
777 S. Flagler Drive, Suite 1900
West Palm Beach, FL 33401-6198
Telephone: 561-650-7256
Facsimile: 561-655-1509
Trollins@ssd.com
*Attorneys for Defendants HSBC Securities Services (Ireland) Ltd. and HSBC Institutional Trust Services (Ireland) Ltd.*
(VIA CM/ECF)

Benjamine Reid
Sam J. Salario, Jr.
**Carlton Fields, P.A.**
100 S.E. 2nd Street, Suite 4000
P.O. Box 019101
Miami, FL 33131-9101
Telephone: 305-530-0050
Facsimile: 305-530-0055
breid@carltonfields.com
ssalario@carltonfields.com
*Attorneys for Defendant
PricewaterhouseCoopers International
Limited*
(VIA CM/ECF)

Howard M. Shapiro
Fraser L. Hunter, Jr.
Anne K. Small
Julia M. Lipez
**Wilmer Cutler Pickering Hale & Dorr LLP**
399 Park Avenue
New York, NY 10022
Telephone: 212-230-8800
Facsimile: 212-230-8888
*Attorneys for Defendant
PricewaterhouseCoopers International
Limited*
(VIA FIRST CLASS MAIL)

Robert S. Schachter
Hillary Sobel
**Zwerling, Schachter & Zwerling, LLP**
41 Madison Avenue
New York, NY 10010
Telephone: 212-223-3900
*Of Counsel to Plaintiffs*
(VIA FIRST CLASS MAIL)

Evan A. Davis
Joaquin P. Terceno
**Cleary Gottlieb Steen & Hamilton**
One Liberty Plaza
New York, NY 10006-1470
Telephone: 212-225-2000
edavis@cgsh.com
jterceno@cgsh.com
*Attorneys for Defendants HSBC Securities
Services (Ireland) Ltd. and HSBC Institutional
Trust Services (Ireland) Ltd.*
(VIA CM/ECF)

Laura Besvinick
**Hogan & Hartson LLP**
Mellon Financial Center
1111 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: 305-459-6500
Facsimile: 305-459-6550
lbesvinick@hhlaw.com
*Attorneys for Defendant
PricewaterhouseCoopers Bermuda*
(VIA CM/ECF)

Sanford M. Litvack
Dennis H. Tracey, III
**Hogan & Hartson LLP**
875 Third Avenue
New York, NY 10022
Telephone: 212-918-3000
Facsimile: 212-918-3100
*Attorneys for Defendant
PricewaterhouseCoopers Bermuda*
(VIA FIRST CLASS MAIL)

Francis A. Bottini, Jr.
**Johnson Bottini, LLP**
655 West Broadway, Suite 1400
San Diego, CA 92101
Telephone: 619-230-0063
*Additional Attorneys for Plaintiffs*
(VIA FIRST CLASS MAIL)