IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
09-20215-CIV-HUCK/ O'SULLIVAN

IN RE: BANCO SANTANDER SECURITIES-OPTIMAL
LITIGATION

_____/

**BANCO SANTANDER, S.A., BANCO SANTANDER INTERNATIONAL,
AND OPTIMAL INVESTMENT SERVICES, S.A.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendants, Banco Santander S.A., Banco Santander International, and Optimal Investment Services, S.A. state that:

1)  Banco Santander, S.A. is a publicly traded company.  Banco Santander S.A. has no parent company and no publicly traded company owns ten percent or more of its stock.

2)  Banco Santander International is ultimately a wholly-owned subsidiary of Banco Santander, S.A.

3)  Optimal Investment Services is ultimately a wholly-owned subsidiary of Banco Santander, S.A.

Dated:  November 18, 2009

Respectfully submitted,

HUNTON & WILLIAMS LLP
Counsel for Banco Santander S.A., Banco Santander International and Optimal Investment Services, S.A.
Mellon Financial Center
1111 Brickell Avenue, Suite 2500
Miami, Florida 33131
TEL: (305) 810-2500
FAX: (305) 810-2460
E-mail:  sdanon@hunton.com
E-mail:  gmembiela@hunton.com

By:/s/ Gustavo J. Membiela
    Samuel A. Danon
    Florida Bar No. 892671
    Gustavo J. Membiela
    Florida Bar No. 0513555

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 18, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.  I also certify that the foregoing document is being served today via facsimile and/or U.S. Mail, on those counsel who are not authorized to receive Notices of Electronic Filing, at the addresses listed below.

By:/s/Gustavo J. Membiela
    Gustavo J. Membiela

**Counsel Served By Facsimile and/or U.S. Mail**

Francis A. Bottini, Jr.
Johnson Bottini, LLP
655 W. Broadway, Suite 1400
San Diego, CA 92101
Tel:  (619) 230-0063
Fax: (619) 238-0622
*Additional Attorneys for Plaintiffs*


Robert S. Schachter
Hillary Sobel
Zwerling, Schachter & Zwerling LLP
41 Madison Avenue
New York, NY 10010
Tel: (212) 223-3900
Fax: (212) 371-5969
*Of Counsel to Plaintiffs*