UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-20215-CIV-HUCK/O'SULLIVAN

IN RE BANCO SANTANDER SECURITIES–OPTIMAL LITIGATION

**DECLARATION OF KEN OWENS**

I, Ken Owens, declare the following:

1. I am a member of the Irish professional services firm PricewaterhouseCoopers ("PwC Ireland") and have been a partner since 2001. I became a chartered accountant in Ireland on 17 June 1994.

2. This declaration is being provided in support of defendant PwC Ireland's motion to dismiss plaintiffs' Consolidated Amended Class Action Complaint (the "Complaint") on the grounds of lack of personal jurisdiction over PwC Ireland and *forum non conveniens*. I have reviewed the Complaint in the above-entitled action. The statements and conclusions in this declaration relate to PwC Ireland's audit of Optimal Multiadvisors Ltd. – Strategic US Equity Series ("Optimal SUS"). The statements and conclusions herein are true to the best of my knowledge and belief and are based on my personal knowledge or on my discussions with others at PwC Ireland.

3. I was the engagement partner for the audit of the 2002 through 2006 annual financial statements of various Optimal funds, including Optimal SUS. The first year for which PwC Ireland audited Optimal SUS was 2002, with an audit report rendered in 2003. Tony Weldon, who is also a member of PwC Ireland, was the engagement partner for the 2007 Optimal SUS audit.

4. PwC Ireland's audits of Optimal SUS were performed in Ireland and the audit opinions were drafted and signed in Ireland. In connection with the audits of Optimal SUS, no one from PwC Ireland ever visited Bernard Madoff or met with anyone from Bernard Madoff Investment Securities ("BMIS").

5. In 2004, a PwC Ireland manager working under my supervision was contacted by Scott Watson-Brown, a senior manager from PwC Bermuda, who inquired whether PwC Ireland would be interested in receiving a report from a meeting that he and a PwC U.S. partner planned to conduct with Bernard Madoff. Mr. Watson-Brown explained that PwC Bermuda would expect PwC Ireland and any other PwC network member firms that wanted to receive the report to reimburse PwC Bermuda for a portion of the costs of the meeting. I understood that PwC Bermuda had an audit client (unrelated to the Optimal funds) that used the services of BMIS, and that in this connection PwC Bermuda had met with Madoff on at least one prior occasion, in 2002. I decided to acquire a copy of the report for PwC Ireland.

6. PwC Ireland did not have input into the scope of the meeting that PwC Bermuda and PwC U.S. had with Madoff in 2004. Specifically, PwC Ireland did not approve any questions that PwC Bermuda or PwC U.S. intended to ask. PwC Ireland did not submit any questions for PwC Bermuda or PwC U.S. to ask on behalf of PwC Ireland or Optimal SUS. PwC Ireland did not request that PwC Bermuda or PwC U.S. undertake the meeting with Madoff, was not involved in arranging for the meeting to take place, and did not direct the inquiry.

7. PwC Ireland did not engage PwC Bermuda or PwC U.S. to act as its agent in connection with the 2004 meeting with Madoff. PwC Ireland did not authorize PwC Bermuda or PwC U.S. to bind PwC Ireland in any way. PwC Ireland had no control over PwC Bermuda or

2

PwC U.S. PwC Ireland did not authorize PwC Bermuda or PwC U.S. to hold itself out as an agent of PwC Ireland.

8. It is my understanding that Mr. Watson-Brown of PwC Bermuda and Linda McGowan, a partner of PwC U.S., met with Madoff on or about December 1, 2004. Neither I nor anyone else from PwC Ireland attended the meeting. In January 2005, I received a memorandum regarding that meeting (the "2004 Report"). The copy of the 2004 Report that I received was substantially the same as Exhibit 6 to the Complaint except that it listed all four funds for which PwC network firms had requested copies of the 2004 Report. PwC Bermuda also provided me with a copy of Friehling & Horowitz's Independent Auditors' report on Internal Control for BMIS pursuant to SEC Rule 17a-5(g)(1), and a "NASD BrokerCheck" report from the National Association of Securities Dealers regarding disciplinary information on BMIS.

9. PwC Bermuda sent PwC Ireland an invoice for $3,250, which PwC Ireland paid to PwC Bermuda.

10. In 2006, Mr. Watson-Brown and a PwC Ireland manager working under my direction had communications regarding whether PwC Ireland would be interested in receiving a report from another meeting with Madoff, for a fee. I again decided to acquire a copy of the report for PwC Ireland.

11. As with the 2004 meeting, PwC Ireland did not have input into the scope of the meeting that PwC Bermuda and PwC U.S. had with Madoff in 2006. Specifically, PwC Ireland did not approve any questions that PwC Bermuda or PwC U.S. intended to ask. PwC Ireland did not submit any questions for PwC Bermuda or PwC U.S. to ask on behalf of PwC Ireland or Optimal SUS. PwC Ireland did not request that PwC Bermuda or PwC U.S. undertake the

3

meeting with Madoff, was not involved in arranging for the meeting to take place, and did not direct the inquiry.

12. PwC Ireland did not engage PwC Bermuda or PwC U.S. to act as its agent in connection with the 2006 meeting with Madoff. PwC Ireland did not authorize PwC Bermuda or PwC U.S. to bind PwC Ireland in any way. PwC Ireland had no control over PwC Bermuda or PwC U.S. PwC Ireland did not authorize PwC Bermuda or PwC U.S. to hold itself out as an agent of PwC Ireland.

13. It is my understanding that Mr. Watson-Brown and Ms. McGowan met with Madoff on or about December 4, 2006. Neither I nor anyone else from PwC Ireland attended the meeting. In January 2007, I received a memorandum regarding that meeting. PwC Bermuda also provided me with a copy of Friehling & Horowitz's Independent Auditors' report on Internal Control for BMIS pursuant to SEC Rule 17a-5(g)(1), a copy of BMIS's Statement of Financial Condition, with an Independent Auditor's Report from Friehling & Horowitz, and a "NASD BrokerCheck" report from the National Association of Securities Dealers regarding disciplinary information on BMIS.

14. PwC Bermuda sent PwC Ireland an invoice for $3,000, which PwC Ireland paid to PwC Bermuda.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 16 November 2009.

_____
Ken Owens

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: /s/ Harry R. Schafer

## Service List

### *IN RE BANCO SANTANDER SECURITIES-OPTIMAL LITIGATION*
### CASE NO.: 09-20215-CIV-HUCK/O'SULLIVAN

**Counsel for Plaintiffs**

Michael Hanzman
ACKERMAN, LINK & SARTORY, P.A.
2525 Ponce de Leon Blvd., Suite 700
Coral Gables, FL 33134
(305) 529-9100 (telephone)
(305) 529-1612 (facsimile)
mhanzman@alslaw.com

Joel H. Bernstein
Javier Bleichmar
Donald P. Delaney
Alan I. Ellman
Christopher J. Keller
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
(212) 907-0700 (telephone)
(212) 818-0477 (facsimile)
jbernstein@labaton.com
jbleichmar@labaton.com
ddelaney@labaton.com
aellman@labaton.com
ckeller@labaton.com

Stephen R. Astley
Paul Jeffrey Geller
Michael L. Greenwald
Jack Reise
Douglas S. Wilens
COUGHLIN STOIA GELLER RUDMAN
& ROBBINS LLP
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432
(561) 750-3000 (telephone)
(561) 750-3364 (facsimile)
sastley@csgrr.com
pgeller@csgrr.com
mgreenwald@csgrr.com
jreise@csgrr.com
dwilens@csgrr.com

Michael F. Ghozland
James I. Jaconette
Julie A. Kearns
COUGHLIN STOIA GELLER RUDMAN
& ROBBINS LLP
655 W. Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058 (telephone)
(619) 231-7423 (facsimile)
mghozland@csgrr.com
jamesj@csgrr.com
jkearns@csgrr.com

Stephen L. Brodsky
Ana Maria Cabassa
David R. Kromm
Robert S. Schachter
Hillary Sobel
Jeffrey C. Zwerling
ZWERLING, SCHACHTER & ZWERLING, LLP
41 Madison Avenue
New York, NY 10010
(212) 223-3900 (telephone)
(212) 371-5969 (facsimile)
sbrodsky@zsz.com
acabassa@zsz.com
dkromm@zsz.com
rschachter@zsz.com
hsobel@zsz.com
jzwerling@zsz.com

Michael Elliot Criden
Kevin Bruce Love
CRIDEN & LOVE, P.A.
7301 S.W. 57th Court, Suite 515
South Miami, FL 33143
(305) 357-9010 (telephone)
(305) 357-9050 (facsimile)
mcriden@cridenlove.com
klove@cridenlove.com

Daniel P. Chiplock
Steven E. Fineman
David S. Stellings
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
(212) 355-9500 (telephone)
(212) 355-9592 (facsimile)
dchiplock@lchb.com
sfineman@lchb.com
dstellings@lchb.com

Richard M. Heimann
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
25 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (facsimile)
rheimann@lchb.com

**Counsel for Defendants
Banco Santander, S.A.,
Banco Santander International,
Optimal Investment Services S.A.
Manuel Echeverría Falla,
Anthony L.M. Inder Rieden,
Brian Wilkinson**

Samuel A. Danon
Gustavo J. Membiela
HUNTON & WILLIAMS LLP
Mellon Financial Center
1111 Brickell Avenue, Suite 2500
Miami, FL 33131
(305) 810-2500 (telephone)
(305) 810-2460 (facsimile)
sdanon@hunton.com
gmembiela@hunton.com

**Counsel for Defendants HSBC Securities Services (Ireland) Limited and HSBC Institutional Trust Services (Ireland) Limited**

Jason D. Joffe
Traci H. Rollins
SQUIRE, SANDERS & DEMPSEY LLP
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401
(561) 650-7200 (telephone)
(561) 655-1509 (facsimile)
jjoffe@ssd.com
trollins@ssd.com

Evan A. Davis
Joaquin P. Terceno
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000 (telephone)
(212) 225-3999 (facsimile)
edavis@cgsh.com
jterceno@cgsh.com

**Counsel for Defendant PricewaterhouseCoopers International, Ltd.**

Benjamine Reid
CARLTON FIELDS, P.A.
100 Southeast Second Street, Suite 4000
Miami, FL 33131
(305) 530-0050 (telephone)
(305) 530-0055 (facsimile)
breid@carltonfields.com

Samuel J. Salario
CARLTON FIELDS, P.A.
Corporate Center Three at International Plaza
4221 West Boy Scout Blvd., Suite 1000
Tampa, FL 33607
(813) 223-7000 (telephone)
(813) 229-4133 (facsimile)
ssalario@carltonfields.com

**Counsel for Defendant PricewaterhouseCoopers, a Bermuda Partnership**

Laura Besvinick
HOGAN & HARTSON LLP
Mellon Financial Center
1111 Brickell Avenue, Suite 1900
Miami, FL 33131
(305) 459-6500 (telephone)
(305) 459-6550 (facsimile)
lbesvinick@hhlaw.com

Sanford M. Litvack
Dennis H. Tracey, III
HOGAN & HARTSON LLP
875 Third Ave.
New York, NY 10022
(212) 918-3000 (telephone)
(212) 918-3100 (facsimile)
slitvack@hhlaw.com
dhtracey@hhlaw.com

**Counsel for Defendant PricewaterhouseCoopers LLP**

Melissa Fernandez-Stiers
Manuel A. Garcia-Linares
Alan G. Greer
RICHMAN GREER, P.A.
Miami Center, Suite 1000
201 South Biscayne Boulevard
Miami, FL 33131
(305) 373-4000 (telephone)
(305) 373-4099 (facsimile)
mfernandez@richmangreer.com
mlinares@richmangreer.com
agreer@richmangreer.com

Michael P. Carroll
Michael S. Flynn
James W. Haldin
James H. R. Windels
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
(212) 450-4000 (telephone)
(212) 701-5800 (facsimile)
michael.carroll@davispolk.com
michael.flynn@davispolk.com
james.haldin@davispolk.com
james.windels@davispolk.com