IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20215-CIV-HUCK/O'SULLIVAN

IN RE BANCO SANTANDER
SECURITIES–OPTIMAL LITIGATION

**DEFENDANT PRICEWATERHOUSECOOPERS IRELAND'S
REQUEST FOR ORAL ARGUMENT ON ITS MOTION TO DISMISS THE
CONSOLIDATED AMENDED CLASS ACTION COMPLAINT AND ITS
JOINT MOTION TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION
COMPLAINT FOR LACK OF EXTRATERRITORIAL APPLICATION OF THE
SECURITIES EXCHANGE ACT**

Pursuant to Local Rule 7.1.B.1, Defendant PricewaterhouseCoopers Ireland ("PwC Ireland") hereby requests an opportunity for oral argument on (1) PwC Ireland's Motion to Dismiss the Consolidated Amended Class Action Complaint and (2) the Joint Motion To Dismiss the Consolidated Amended Class Action Complaint for Lack of Extraterritorial Application of the Securities Exchange Act.

PwC Ireland submits that oral argument will be helpful to the Court's resolution of its motions to dismiss, which raise complex and dispositive issues concerning personal jurisdiction, *forum non conveniens*, whether Plaintiffs state claims for which relief can be granted under federal securities law and common law, and the extraterritorial application of the Securities Exchange Act of 1934.

**Conclusion**

Accordingly, PwC Ireland requests that the Court schedule a one-hour hearing on PwC Ireland's motions to dismiss after December 23, 2009, when briefing will be complete, pursuant to the Court's October 13, 2009 Order (D.E. 155).

November 18, 2009                                    Respectfully submitted,


/s/ Harry R. Schafer
Richard H. Critchlow (Fla. Bar No. 155227)
Harry R. Schafer (Fla. Bar No. 508667)
**KENNY NACHWALTER, P.A.**
Miami Center – Suite 1100
201 South Biscayne Boulevard
Miami, FL 33131
(305) 373-1000 (telephone)
(305) 372-1861 (facsimile)
rhc@kennynachwalter.com
hrs@kennynachwalter.com

Thomas G. Rafferty (*Admitted Pro Hac Vice*)
Antony L. Ryan  (*Admitted Pro Hac Vice*)
**CRAVATH, SWAINE & MOORE LLP**
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000 (telephone)
(212) 474-3700 (facsimile)
trafferty@cravath.com
aryan@cravath.com

*Attorneys for Defendant*
*PricewaterhouseCoopers Ireland*

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: /s/ Harry R. Schafer

## Service List

### IN RE BANCO SANTANDER SECURITIES-OPTIMAL LITIGATION
### CASE NO.: 09-20215-CIV-HUCK/O'SULLIVAN

**Counsel for Plaintiffs**

Michael Hanzman
ACKERMAN, LINK & SARTORY, P.A.
2525 Ponce de Leon Blvd., Suite 700
Coral Gables, FL 33134
(305) 529-9100 (telephone)
(305) 529-1612 (facsimile)
mhanzman@alslaw.com

Joel H. Bernstein
Javier Bleichmar
Donald P. Delaney
Alan I. Ellman
Christopher J. Keller
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
(212) 907-0700 (telephone)
(212) 818-0477 (facsimile)
jbernstein@labaton.com
jbleichmar@labaton.com
ddelaney@labaton.com
aellman@labaton.com
ckeller@labaton.com

Stephen R. Astley
Paul Jeffrey Geller
Michael L. Greenwald
Jack Reise
Douglas S. Wilens
COUGHLIN STOIA GELLER RUDMAN
& ROBBINS LLP
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432
(561) 750-3000 (telephone)
(561) 750-3364 (facsimile)
sastley@csgrr.com
pgeller@csgrr.com
mgreenwald@csgrr.com
jreise@csgrr.com
dwilens@csgrr.com

Michael F. Ghozland
James I. Jaconette
Julie A. Kearns
COUGHLIN STOIA GELLER RUDMAN
& ROBBINS LLP
655 W. Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058 (telephone)
(619) 231-7423 (facsimile)
mghozland@csgrr.com
jamesj@csgrr.com
jkearns@csgrr.com

Stephen L. Brodsky
Ana Maria Cabassa
David R. Kromm
Robert S. Schachter
Hillary Sobel
Jeffrey C. Zwerling
ZWERLING, SCHACHTER & ZWERLING,
LLP
41 Madison Avenue
New York, NY 10010
(212) 223-3900 (telephone)
(212) 371-5969 (facsimile)
sbrodsky@zsz.com
acabassa@zsz.com
dkromm@zsz.com
rschachter@zsz.com
hsobel@zsz.com
jzwerling@zsz.com

Michael Elliot Criden
Kevin Bruce Love
CRIDEN & LOVE, P.A.
7301 S.W. 57th Court, Suite 515
South Miami, FL 33143
(305) 357-9010 (telephone)
(305) 357-9050 (facsimile)
mcriden@cridenlove.com
klove@cridenlove.com

Daniel P. Chiplock
Steven E. Fineman
David S. Stellings
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
(212) 355-9500 (telephone)
(212) 355-9592 (facsimile)
dchiplock@lchb.com
sfineman@lchb.com
dstellings@lchb.com

Richard M. Heimann
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
25 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (facsimile)
rheimann@lchb.com

**Counsel for Defendants
Banco Santander, S.A.,
Banco Santander International,
Optimal Investment Services S.A.
Manuel Echeverría Falla,
Anthony L.M. Inder Rieden,
Brian Wilkinson**

Samuel A. Danon
Gustavo J. Membiela
HUNTON & WILLIAMS LLP
Mellon Financial Center
1111 Brickell Avenue, Suite 2500
Miami, FL 33131
(305) 810-2500 (telephone)
(305) 810-2460 (facsimile)
sdanon@hunton.com
gmembiela@hunton.com

**Counsel for Defendants HSBC
Securities Services (Ireland) Limited
and HSBC Institutional Trust
Services (Ireland) Limited**

Jason D. Joffe
Traci H. Rollins
SQUIRE, SANDERS & DEMPSEY LLP
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401
(561) 650-7200 (telephone)
(561) 655-1509 (facsimile)
jjoffe@ssd.com
trollins@ssd.com

Evan A. Davis
Joaquin P. Terceno
CLEARY GOTTLIEB STEEN & HAMILTON
LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000 (telephone)
(212) 225-3999 (facsimile)
edavis@cgsh.com
jterceno@cgsh.com

**Counsel for Defendant
PricewaterhouseCoopers
International, Ltd.**

Benjamine Reid
CARLTON FIELDS, P.A.
100 Southeast Second Street, Suite 4000
Miami, FL 33131
(305) 530-0050 (telephone)
(305) 530-0055 (facsimile)
breid@carltonfields.com

Samuel J. Salario
CARLTON FIELDS, P.A.
Corporate Center Three at International Plaza
4221 West Boy Scout Blvd., Suite 1000
Tampa, FL 33607
(813) 223-7000 (telephone)
(813) 229-4133 (facsimile)
ssalario@carltonfields.com

**Counsel for Defendant
PricewaterhouseCoopers,
a Bermuda Partnership**

Laura Besvinick
HOGAN & HARTSON LLP
Mellon Financial Center
1111 Brickell Avenue, Suite 1900
Miami, FL 33131
(305) 459-6500 (telephone)
(305) 459-6550 (facsimile)
lbesvinick@hhlaw.com

Sanford M. Litvack
Dennis H. Tracey, III
HOGAN & HARTSON LLP
875 Third Ave.
New York, NY 10022
(212) 918-3000 (telephone)
(212) 918-3100 (facsimile)
slitvack@hhlaw.com
dhtracey@hhlaw.com

**Counsel for Defendant
PricewaterhouseCoopers LLP**

Melissa Fernandez-Stiers
Manuel A. Garcia-Linares
Alan G. Greer
RICHMAN GREER, P.A.
Miami Center, Suite 1000
201 South Biscayne Boulevard
Miami, FL 33131
(305) 373-4000 (telephone)
(305) 373-4099 (facsimile)
mfernandez@richmangreer.com
mlinares@richmangreer.com
agreer@richmangreer.com

Michael P. Carroll
Michael S. Flynn
James W. Haldin
James H. R. Windels
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
(212) 450-4000 (telephone)
(212) 701-5800 (facsimile)
michael.carroll@davispolk.com
michael.flynn@davispolk.com
james.haldin@davispolk.com
james.windels@davispolk.com