UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-MD-02073-CIV-HUCK/O'SULLIVAN

| | |
|---|---|
| IN RE BANCO SANTANDER SECURITIES – OPTIMAL LITIGATION _____ / | CLASS ACTION COMPLAINT JURY TRIAL DEMANDED |
| AND ALL RELATED ACTIONS _____ / | |

**DEFENDANTS' HSBC SECURITIES SERVICES (IRELAND) LIMITED AND HSBC INSTITUTIONAL TRUST SERVICES (IRELAND) LIMITED
<u>REQUEST FOR ORAL ARGUMENT</u>**

Pursuant to Local Rule 7.1.B.1, Defendants HSBC Securities Services (Ireland) Limited and HSBC Institutional Trust Services (Ireland) Limited (collectively, "HSBC Defendants") respectfully request the opportunity to present oral argument on their Motion to Dismiss the Consolidated Amended Complaint (DE 19) (the "Motion").

The Motion raises important threshold issues of federal securities law, extraterritorial application, and personal jurisdiction over foreign parties. Oral argument would provide the parties with an opportunity to assist the Court with further inquiry as to the arguments advanced in the Motion the anticipated responses thereto. The HSBC Defendants estimate that 20 minutes per side will be sufficient.

WHEREFORE, the HSBC Defendants respectfully request that the Court schedule a 40 minute hearing on the Motion.

| | |
|---|---|
| Nov. 18, 2009 | Respectfully submitted, |
| *Pro Hac Vice Counsel*:<br>CLEARY GOTTLIEB STEEN<br>  & HAMILTON LLP<br>Evan A. Davis<br>New York Bar No. 1588797<br>edavis@cgsh.com<br>Joaquin P. Terceño<br>New York Bar No. 4628608<br>jterceno@cgsh.com<br>One Liberty Plaza, New York NY 10006<br>Telephone:  212.225.2000<br>Facsimile:  212.225.3999 | SQUIRE, SANDERS & DEMPSEY L.L.P.<br>1900 Phillips Point West<br>777 South Flagler Drive<br>West Palm Beach, FL  33401-6198<br>Telephone:  561.650.7200<br>Facsimile:   561.655.1509<br><br>By: */s/ Traci H. Rollins*<br>    Traci H. Rollins<br>    Florida Bar No. 769071<br>    trollins@ssd.com<br>    Jason D. Joffe<br>    Florida Bar No. 0013564<br>    jjoffe@ssd.com<br>*Attorneys for HSBC Securities Services*<br>*(Ireland) Limited and HSBC Institutional*<br>*Trust Services (Ireland) Limited* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of November, 2009, a copy of the foregoing Request for Oral Argument was electronically filed with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of the Notice of Electronic Filing generated by CM/ECF, and via facsimile and/or U.S Mail, or in some other authorized manner for those counsel who are not authorized to receive electronic Notices of Electronic Filing.

                                                                /s/ Traci H. Rollins

# SERVICE LIST
## IN RE SANTANDER-OPTIMAL SECURITIES LITIGATION
### CASE NO. 09-20215-CIV-HUCKJO'SULLWAN

Michael A. Hanzman
**Hanzman Gilbert LLP**
2525 Ponce De Leon Boulevard
Suite W700
Coral Gables, FL 33134
Telephone: 305-529-9100
Facsimile: 305-529-1612
mhanzman@hanzmangilbert.com
*Attorneys for Lead Plaintiffs*
(VIA CM/ECF)

Paul J. Geller
Jack Reise
Douglas Wilens
Stephen R. Astley
**Coughlin Stoia Geller Rudman & Robbins LLP**
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432-4809
Telephone: 561-750-3000
Facsimile: 561-750-3364
pgeller@csgrr.com
jreise@csgrr.com
dwilens@csgrr.com
*Attorneys for Lead Plaintiffs*
(VIA CM/ECF)

James Jaconette
Julie A. Kearns
Michael F. Ghozland
**Coughlin Stoia Geller Rudman & Robbins LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619-231-1058
Facsimile: 619-231-7423
jjaconette@csgrr.com
*Attorneys for Lead Plaintiffs*
(VIA CM/ECF)

Harry R. Schafer
**Kenny Nachwalter, P.A.**
201 S. Biscayne Blvd., Suite 1100
Miami, FL 33131-4327
Telephone: 305-373-1000
Facsimile: 305-372-1 861
hrs@kennynachwalter.com
*Attorneys for Defendant PricewaterhouseCoopers Ireland*
(VIA CM/ECF)

Thomas G. Rafferty
Antony L. Ryan
**Cravath, Swaine & Moore LLP**
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: 212-474-1000
Facsimile: 212-474-3700
trafferty@cravath.com
aryan@cravath.com
*Attorneys for Defendant
PricewaterhouseCoopers Ireland*
(VIA CM/ECF)

Joel H. Bernstein
Christopher J. Keller
Javier Bleichmar
Allan I. Ellman
Stefanie J. Sundel
Donald P. Delaney
**Labaton Sucharow LLP**
140 Broadway, 34th Floor
New York, NY 10005
Telephone 212-907-0700
Facsimile: 212-818-0477
jbernstein@labaton.com
jbleichmar@labaton.com
*Attorneys for Plaintiffs Inversiones Mar
Octava Limitada, Santander Investor
Group and Marcelo Testa*
(VIA CM/ECF)

Gustavo J. Membiela
Samuel A. Danon
**Hunton & Williams**
1111 Brickell Avenue, Suite 2500
Miami, FL 33131
Telephone: 305-810-2500
Facsimile: 305-810-2460
gmembiela@hunton.com
*Attorneys for Defendants Banco Santander*
*S.A., Banco Santander International,*
*Optimal Investment Services S.A., Manuel Falla,*
*Anthony Inderrieden, and Brian Wilkinson*
(VIA CM/ECF)

Jason D. Joffe
**Squire Sanders & Dempsey LLP**
Wachovia Financial Center
200 S. Biscayne Boulevard, 41st Floor
Miami, FL 33131-2398
Telephone: 305-577-7000
Facsimile: 305-577-7001
jjoffe@ssd.com
*Attorneys for Defendants HSBC Securities Services (Ireland) Ltd.*
*and HSBC Institutional Trust Services (Ireland) Ltd*
(VIA CM/ECF)

Traci H. Rollins
**Squire Sanders & Dempsey LLP**
1900 Phillips Point West
777 S. Flagler Drive, Suite 1900
West Palm Beach, FL 33401-6198
Telephone: 561-650-7256
Facsimile: 561-655-1509
Trollins@ssd.com
*Attorneys for Defendants HSBC Securities*
*Services (Ireland) Ltd, and HSBC Institutional*
*Trust Services (Ireland) Ltd.*
(VIA CM/ECF)

Joaquin P. Terceno
Evan A. Davis
**Cleary Gottlieb Steen & Hamilton**
One Liberty Plaza
New York, NY 10006-1470
Telephone: 212-225-2000
jterceno@cgsh.com
edavis@cgsh.com
*Attorneys for Defendants HSBC Securities
Services (Ireland) Ltd. and HSBC Institutional Trust Services (Ireland) Ltd.*
(VIA CM/ECF)

Benjamine Reid
**Carlton Fields, P.A.**
100 Southeast Second Street, #4000
Miami, FL 33131
Telephone: (305) 530-0050
Facsimile: (305) 530-0055
Breid@carltonfields.com
*Attorneys for Defendant PricewaterhouseCoopers International, Ltd.*
(VIA CM/ECF)

Alan G. Greer
Manuel A. Garcia-Linares
Melissa Fernandez-Stiers
**Richman Greer P.A.**
Miami Center — Suite 1000
201 S. Biscayne Boulevard
Miami, FL 33131
Telephone: 305-373-4000
Facsimile: 305-373-4099
Agreer@richmangreer.com
Mlinares@richmangreer.com
Mfernandez@richmangreer.com
*Attorneys for Defendant PricewaterhouseCoopers LLP*
(VIA CM/ECF)

James W. Haldin
James H.R. Windels
Michael P. Carroll
Michael S. Flynn
**Davis Polk & Wardell**
450 Lexington Avenue
New York, NY 10017
212-450-4059
james.haldin@davispolk.com
james.windels@davispolk.com
michael.carroll@davispolk.com
michael.flynn@davispolk.com
*Attorneys for Defendant PricewaterhouseCoopers LLP*
(VIA CM/ECF)

Laura Besvinick
**Hogan & Hartson**
1111 Brickell Avenue
Suite 1900
Miami, FL 33131
305-459-6500
Fax: 459-6550
lbesvinick@hhlaw.com
*Attorneys for Defendant PricewaterhouseCoopers Bermuda*
(VIA CM/ECF)

Francis A. Bottini, Jr.
**Johnson Bottini, LLP**
655 W. Broadway, Suite 1400
San Diego, CA 92101
Telephone: 619-230-0063
*Additional Attorneys for Plaintiffs*
(VIA U.S. MAIL)

Robert S. Schachter
Hillary Sobel
**Zwerling, Schachter & Zwerling LLP**
41 Madison Avenue
New York, NY 10010
Telephone: 212-223-3900
*Of Counsel to Plaintiffs*
(VIA U.S. MAIL)

MIAMI/4248112.1