UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-MD-02073-CIV-HUCK/O'SULLIVAN

IN RE BANCO SANTANDER
SECURITIES–OPTIMAL LITIGATION

_____/

**ORDER**

This matter is before the Court upon the several Requests for Oral Argument (D.E. ## 180, 186, 193 in case 09-CV-20215 and D.E. # 22 in case 09-MD-02073) filed November 18, 2009. The Court has reviewed the Requests and is duly advised in the premises. Accordingly, it is hereby

ORDERED that the Requests are denied without prejudice. The Court will decide later if oral argument is needed. Additionally, henceforth, all parties in this case shall, for ease of the Court and the litigants, file all filings in case 09-MD-02073.

DONE AND ORDERED in Chambers, Miami, Florida, November 19, 2009.

_____
Paul C. Huck
United States District Judge

**Copies furnished to:**
All Counsel of Record