UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-20215-CIV-HUCK/O'SULLIVAN

---------------------------------------------------------x
                                                         :
IN RE SANTANDER-OPTIMAL SECURITIES   :
LITIGATION
                                                         :
---------------------------------------------------------x

### ORDER GRANTING THE UNOPPOSED MOTION OF DEFENDANT PRICEWATERHOUSECOOPERS, A BERMUDA PARTNERSHIP, FOR AN ENLARGEMENT OF TIME TO RESPOND TO THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT

THIS CAUSE having come before the Court upon the unopposed motion of defendant PricewaterhouseCoopers, a Bermuda partnership ("PwC Bermuda"), for an enlargement of time to respond to the Consolidated Amended Class Action Complaint (the "Amended Complaint"), filed on October 21, 2009 and served upon PwC Bermuda on November 5, 2009, and the Court having reviewed the file and being otherwise advised, it is hereby:

ORDERED AND ADJUDGED that

1. The motion is GRANTED.

2. PwC Bermuda shall have through and including Dec. 31, 2009 to answer, move or otherwise respond to the Amended Complaint.

DONE AND ORDERED in Chambers in Miami-Dade County, Florida, this ___ day of November 2009.

Hon. Paul C. Huck
U.S. District Court Judge

cc:   Counsel of Record