UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-CV-20215-PCH

IN RE: BANCO SANTANDER
SECURITIES-OPTIMAL LITIGATION

_____/

## ORDER GRANTING MOTION FOR LIMITED APPEARANCE BY JULIA M. LIPEZ, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS

THIS CAUSE having come before the Court on the Motion for Limited Appearance by

Julia M. Lipez, Esq. and Consent to Designation, requesting, pursuant to Rule 4B of the Special

Rules Governing the Admission and Practice of Attorneys in the United States District Court for

the Southern District of Florida, permission for the admission pro hac vice of Julia M. Lipez,

Esq. in this matter and requesting, pursuant to Rule 2B of the Southern District of Florida

CM/ECF Administrative Procedures, that Ms. Lipez electronically receive notice of electronic

filings. This Court has considered the motion and all other relevant factors, and it is hereby

ORDERED and ADJUDGED that the Motion for Limited Appearance by Julia M. Lipez,

Consent to Designation and Request to Electronically Receive Notices of Electronic Filings is

**GRANTED.** Julia M. Lipez, Esq. is granted to appear and participate in this action on behalf of

Defendant, PricewaterhouseCoopers International Limited.

The Clerk shall provide electronic notification of all electronic filings to Julia M. Lipez,

Esq. at julia.lipez@wilmerhale.com.

DONE AND ORDERED in Chambers at Miami-Dade County, Florida this 30 day of

_November_, 2009.

PAUL C. HUCK
United States District Judge

Copies furnished to:  counsel of record