UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-MD-02073-CIV-HUCK/O'SULLIVAN

------------------------------------------------------------x
                                                            :
IN RE BANCO SANTANDER SECURITIES-    :
OPTIMAL LITIGATION
                                                            :
------------------------------------------------------------x

# DEFENDANT PRICEWATERHOUSECOOPERS BERMUDA'S REQUEST FOR ORAL ARGUMENT ON ITS MOTION TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT

Defendant PricewaterhouseCoopers, a Bermuda partnership ("PwC Bermuda"), by and through its undersigned counsel and pursuant to S.D. Fla. Local Rule 7.1.B.1, hereby requests oral argument on its motion to dismiss the Consolidated Amended Class Action Complaint, filed contemporaneously herewith. PwC Bermuda submits that oral argument will be helpful to the Court's resolution of its motion to dismiss, which raises important threshold issues, including whether PwC Bermuda is subject to personal jurisdiction in this action and whether Plaintiffs have stated a claim against PwC Bermuda. PwC Bermuda estimates that one-half hour per side will be sufficient for oral argument on its motion to dismiss.

Dated:  December 31, 2009

Respectfully submitted,

/s/ Laura Besvinick
Laura Besvinick (Bar No. 391158)
HOGAN & HARTSON LLP
Mellon Financial Center
1111 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone:  (305) 459-6500
Facsimile:   (305) 459-6550
lbesvinick@hhlaw.com

Sanford M. Litvack (admitted *pro hac vice*)
Dennis H. Tracey, III (admitted *pro hac vice*)
Brittan J. Strangways (admitted *pro hac vice*)
HOGAN & HARTSON LLP
875 Third Avenue
New York, NY 10022
Telephone:  (212) 918-3000
Facsimile:   (212) 918-3100
slitvack@hhlaw.com
dhtracey@hhlaw.com
bjstrangways@hhlaw.com

*Attorneys for Defendant PricewaterhouseCoopers, a Bermuda partnership*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 31, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or first class mail.

/s/ Laura Besvinick
Laura Besvinick

2

<u>**SERVICE LIST**</u>

In re Banco Santander Securities-Optimal Litigation
CASE NO. 09-MD-02073-CIV-HUCK/O'SULLIVAN
United States District Court, Southern District of Florida

**Counsel for Plaintiffs**

Michael A. Hanzman
**Hanzman Gilbert LLP**
2525 Ponce De Leon Boulevard
Suite #700
Coral Gables, FL 33134
Telephone: 305-529-9100
Facsimile: 305-529-1612
mhanzman@hanzmanlaw.com
(VIA CM/ECF)

Paul J. Geller
Jack Reise
Douglas Wilens
**Coughlin Stoia Geller Rudman &
Robbins LLP**
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432-4809
Telephone: 561-750-3000
Facsimile: 561-750-3364
pgeller@csgrr.com
jreise@csgrr.com
dwilens@csgrr.com
(VIA CM/ECF)

James Jaconette
Julie A. Kearns
Michael F. Ghozland
**Coughlin Stoia Geller Rudman &
Robbins LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619-231-1058
Facsimile: 619-231-7423
jjaconette@csgrr.com
jkearns@csgrr.com
mghozland@csgrr.com
(VIA CM/ECF)

Joel H. Bernstein
Christopher J. Keller
Javier Bleichmar
Allan I. Ellman
Donald P. Delaney
**Labaton Sucharow LLP**
140 Broadway, 34th Floor
New York, NY 10005
Telephone 212-907-0700
Facsimile: 212-818-0477
jbernstein@labaton.com
ckeller@labaton.com
jbleichmar@labaton.com
aellman@labaton.com
ddelaney@labaton.com
(VIA CM/ECF)

Francis A. Bottini, Jr.
**Johnson Bottini, LLP**
655 W. Broadway, Ste. 1400
San Diego, CA 92101
Telephone: 619-230-0063
Facsimile: 619-238-0622
frankb@johnsonbottini.com
(VIA FIRST CLASS MAIL)

Robert S. Schachter
Hillary Sobel
Stephen L. Brodsky
Ana Maria Cabassa
David R. Kromm
Jeffrey C. Zwerling
**Zwerling, Schachter & Zwerling LLP**
41 Madison Avenue
New York, NY 10010
Telephone: 212-223-3900
Facsimile: 212-371-5969
rschachter@zsz.com
hsobel@zsz.com
sbrodsky@zsz.com
acabassa@zsz.com
dkromm@zsz.com
jzwerling@zsz.com
(VIA FIRST CLASS MAIL)

Michael Elliot Criden
Kevin Bruce Love
**Criden & Love, P.A.**
7301 S.W. 57th Court, Suite 515
South Miami, FL 33143
Telephone: (305) 357-9010
Facsimile: (305) 357-9050
mcriden@cridenlove.com
mruiz@hanzmancriden.com
klove@cridenlove.com
(VIA CM/ECF)

Daniel P. Chiplock
**Lieff Cabraser Heimann & Bernstein, LLP**
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
dchiplock@lchb.com
(VIA CM/ECF)

Steven E. Fineman
David S. Stellings
**Lieff Cabraser Heimann & Bernstein, LLP**
780 Third Avenue, 48th Floor
New York, NY 10017
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
sfineman@lchb.com
dstellings@lchb.com
(VIA FIRST CLASS MAIL)

Richard M. Heimann
**Lieff Cabraser Heimann & Bernstein, LLP**
275 Battery Street, 30th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
rheimann@lchb.com
(VIA CM/ECF)

**Counsel for Defendant**
**PricewaterhouseCoopers Ireland**

Harry R. Schafer
**Kenny Nachwalter, P.A.**
201 S. Biscayne Blvd., Suite 1100
Miami, FL 33131-4327
Telephone: 305-373-1000
Facsimile:  305-372-1861
hrs@kennynachwalter.com
(VIA CM/ECF)

Thomas G. Rafferty
Antony L. Ryan
**Cravath, Swaine & Moore LLP**
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: 212-474-1000
Facsimile:  212-474-3700
trafferty@cravath.com
aryan@cravath.com
(VIA CM/ECF)

**Counsel for Defendants Banco Santander**
**S.A., Banco Santander International,**
**Optimal Investment Services S.A.,**
**Manuel Falla, Anthony Inder Rieden, and**
**Brian Wilkinson**

Gustavo J. Membiela
Samuel A. Danon
**Hunton & Williams**
1111 Brickell Avenue, Suite 2500
Miami, FL 33131
Telephone: 305-810-2500
Facsimile:  305-810-2460
gmembiela@hunton.com
sdanon@hunton.com
(VIA CM/ECF)

Paolo Roberto Lima
Shawn Patrick Regan
**Hunton & Williams**
200 Park Avenue, 52nd Floor
New York, NY 10166
Telephone: (212) 309-1395
Facsimile: (212) 309-1100
(VIA FIRST CLASS MAIL)

**Counsel for Defendants HSBC Securities Services (Ireland) Ltd. and HSBC Institutional Trust Services (Ireland) Ltd.**

Jason D. Joffe
**Squire Sanders & Dempsey LLP**
Wachovia Financial Center
200 S. Biscayne Boulevard, 40th Floor
Miami, FL 33131-2398
Telephone: (305) 577-7000
Facsimile: (305) 577-7001
jjoffe@ssd.com
(VIA CM/ECF)

Traci H. Rollins
**Squire Sanders & Dempsey LLP**
1900 Phillips Point West
777 S. Flagler Drive, Suite 1900
West Palm Beach, FL 33401-6198
Telephone: 561-650-7256
Facsimile: 561-655-1509
Trollins@ssd.com
(VIA CM/ECF)

Joaquin P. Terceno
Evan A. Davis
**Cleary Gottlieb Steen & Hamilton**
One Liberty Plaza
New York, NY 10006-1470
Telephone: 212-225-2000
jterceno@cgsh.com
edavis@cgsh.com
(VIA CM/ECF)

**Counsel for Defendant PricewaterhouseCoopers International, Ltd.**

Benjamine Reid
**Carlton Fields, P.A.**
100 Southeast Second Street, #4000
Miami, FL 33131
Telephone: (305) 530-0050
Facsimile: (305) 530-0055
Breid@carltonfields.com
(VIA CM/ECF)

Samuel J. Salario
**Carlton Fields, P.A.**
Corporate Center Three at International Plaza
4221 West Boy Scout Blvd., Suite 1000
Tampa, FL 33607
Telephone: (813) 223-7000
Facsimile: (813) 229-4133
ssalario@carltonfields.com
(VIA CM/ECF)

Fraser L. Hunter, Jr.
Anne K. Small
**Wilmer Cutler Pickering Hale & Dorr LLP**
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
fraser.hunter@wilmerhale.com
anne.small@wilmerhale.com
(VIA CM/ECF)

Howard M. Shapiro
**Wilmer Cutler Pickering Hale & Dorr LLP**
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile:  (202) 663-6363
howard.shapiro@wilmerhale.com
(VIA CM/ECF)

**Counsel for Defendant PricewaterhouseCoopers LLP**

Alan G. Greer
Manuel A. Garcia-Linares
Melissa Fernandez-Stiers
**Richman Greer P.A.**
Miami Center – Suite 1000
201 S. Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 373-4000
Facsimile:  (305) 373-4099
Agreer@richmangreer.com
Mlinares@richmangreer.com
Mfernandez@richmangreer.com
(VIA CM/ECF)

Michael P. Carroll
Michael S. Flynn
James W. Haldin
James H.R. Windels
**Davis Polk & Wardwell LLP**
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
michael.carroll@davispolk.com
michael.flynn@davispolk.com
james.haldin@davispolk.com
james.windels@davispolk.com
(VIA CM/ECF)