# UNITED STATES DISTRICT COURT
## Southern District of Florida

STEVEN M. LARIMORE
Clerk of Court

Appeal Section

U.S. COURT OF APPEALS
RECEIVED
CLERK
JAN 14 2011
ATLANTA, GA.

FILED by ABM D.C.
JAN 26 2011
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

Date: 1/6/11

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

COR/ROA

IN RE: District Court No.: 09-20215-CV - PCH

U.S.C.A. No.: 10-14012-FF

Style: INVERSIONES MAR OCTAVA LIMITADA ET AL V. BANCO SANTANDER SA ET AL

## CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

8 Volume(s) of pleadings;

5 Volume(s) transcripts;

___ Exhibits: 0 boxes; 3 folders;

0 envelopes; 0 PSIs (sealed)

Other: (3)ACCORDION FOLDERS CONTAINING DE# 35, 61, 62, 125, 156, 187, 215; 251

Sincerely,

STEVEN M. LARIMORE, Clerk of Court

Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By [signature]
Deputy Clerk
Date 1/6/11

By:

Deputy Clerk

attachment

c: court file

X 400 N. Miami Avenue
Miami, FL 33128
305-523-5100

☐299 E. Broward Boulevard
Room 108
Ft. Lauderdale, FL 33301
954-769-5400

☐701 Clematis Street
Room 402
W. Palm Beach, FL 33401
561-803-3400

☐301 Simonton Street
Room 130
Key West, FL 33040
305-295-8100

☐300 South Sixth Street
Ft. Pierce, FL 34950
561-595-9691